UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Ronnie E. Hindsley and
John Matetich, Jr.,

Plaintiffs,

vs.

CERTIFICATE OF READINESS FOR TRIAL

T.J. Potter Trucking, Inc., a Minnesota corporation, charter no. 6X-738 and T.J. Potter Trucking, Inc., a Minnesota corporation, charter no. 9F-689,

Defendants.

Civ. No. 00-2450(RLE)

* * * * * * * * * * * * * * * * * *

TO: All counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: November 8th, 2001
At Duluth, Minnesota

FILED NOV 08 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK