UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Ronnie E. Hindsley and
John Matetich, Jr.,

Plaintiffs,

vs.

NOTICE OF RULE 16
PRETRIAL/STATUS CONFERENCE

T.J. Potter Trucking, Inc.,
a Minnesota corporation, charter
no. 6X-738, and T.J. Potter
Trucking, Inc., a Minnesota
corporation, charter no. 9F-689.

Defendants.

Civ. No. 00-2450 (RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 8th day of November, 2001.

* * *

The above-entitled case is deemed Ready for Trial. A Rule 16 Pretrial/Status Conference is scheduled for **Monday, December 10, 2001, at 9:00 a.m.**, before Magistrate Judge Raymond L. Erickson, in Courtroom No. 3, Fourth Floor, United States Courthouse, 515 W. First St., Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED NOV 08 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK J. A