UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronnie E. Hindsley and John Matetich, Jr.,

Plaintiffs,

vs.

T. J. Potter Trucking, Inc., a Minnesota corporation, charter no. 6X-738 and T. J. Potter Trucking, Inc., a Minnesota corporation, charter no. 9F-689,

Defendants.

Civ. No. 00-2450 (RHK/RLE)

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of the parties IT IS HEREBY ORDERED that this matter is dismissed with prejudice with each of the parties to pay their own costs.

Raymond C. Erickson

Raymond Erickson
Unite States Magistrate Judge

Entered at Duluth, MN
December 10, 2001

FILED DEC 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______